# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**797**

**CA 11-00006**

PRESENT: SCUDDER, P.J., SMITH, CARNI, SCONIERS, AND GREEN, JJ.

---

ALI AHMED ALI, PLAINTIFF-RESPONDENT,

V                                                                ORDER

TONYA S. HUNT, ANTHONY RANTIN AND NATIONAL GRID
(FORMERLY NIAGARA MOHAWK POWER CORP.),
DEFENDANTS-APPELLANTS.

---

HAGELIN KENT LLC, BUFFALO (VICTOR M. WRIGHT OF COUNSEL), FOR
DEFENDANT-APPELLANT TONYA S. HUNT.

HISCOCK & BARCLAY LLP, BUFFALO (NICHOLAS J. DICESARE OF COUNSEL), FOR
DEFENDANTS-APPELLANTS ANTHONY RANTIN AND NATIONAL GRID (FORMERLY
NIAGARA MOHAWK POWER CORP.).

LAW OFFICES OF EUGENE C. TENNEY, BUFFALO (EUGENE C. TENNEY OF
COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeals from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered November 9, 2010 in a personal injury action. The order denied defendants' motions for summary judgment and granted plaintiff's cross motion for leave to serve an amended bill of particulars.

Now, upon reading and filing the stipulation withdrawing appeals signed by the attorneys for the parties on May 2 and 19, 2011 and filed on May 23, 2011,

It is hereby ORDERED that said appeals are unanimously dismissed without costs upon stipulation.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court